# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-255-940**

**Effective date of registration:**
April 21, 2010

## Title

|   |   |
|---|---|
| **Title of Work:** | RDM Embedded v7.0 |
| **Previous or Alternative Title:** | RDM v7.0 |
|  | Raima Database Manager v7.0 |

## Completion/Publication

|   |   |   |   |
|---|---|---|---|
| **Year of Completion:** | 2003 |  |  |
| **Date of 1st Publication:** | May 3, 2004 | **Nation of 1st Publication:** | United States |

## Author

|   |   |   |   |
|---|---|---|---|
| ■ **Author:** | Birdstep Technology, Inc. |  |  |
| **Author Created:** | computer program |  |  |
| **Work made for hire:** | Yes |  |  |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Raima Inc. |
|  | 2101 4th Avenue, Suite 240, Seattle, WA, 98121, United States |
| **Transfer Statement:** | Author and claimant are same entity; name changed after work created |

## Limitation of copyright claim

|   |   |
|---|---|
| **Material excluded from this claim:** | computer program, Other earlier versions of RDM/RDM Embedded for which copyright applications are pending |
| **Previous registration and year:** | TX-2-423-697    1984 |
| **New material included in claim:** | computer program |

## Rights and Permissions

**Organization Name:** Raima Inc.
**Address:** 2101 4th Avenue
Suite 240
Seattle, WA 98121  United States

## Certification

**Name:** Denise I. Mroz
**Date:** April 21, 2010
**Applicant's Tracking Number:** BIRD-0021

**Registration #:**   TX0007255940

**Service Request #:**   1-380459652



Woodcock Washburn LLP
Denise I Mroz
Woodcock Washburn LLP
Cira Centre, 12th Flr, 2929 Arch St.
Philadelphia, PA 19104-2891