# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WILLIAM M. MCCOOL  
CLERK

700 STEWART ST.  
SUITE 2310  
SEATTLE, WA 98101

July 9, 2012

To: Counsel of record and pro se parties

From: Peter Voelker, Deputy Clerk

Re: Initial assignment to a United States Magistrate Judge; **Action required.**

The Western District of Washington assigns a wide range of cases to magistrate judges. Magistrate judges thus have wide experience in all types of civil matters filed in our court. Your case has been assigned to United States Magistrate Judge James P. Donohue for all purposes, including trial and final entry of judgment. *See* 28 USC 636(c), FRCP 73 and Local MJR 13.

Consent to Judge James P. Donohue is voluntary. If a party declines consent, the identity of the parties consenting or declining consent will not be communicated to any judge and the clerk will then immediately reassign the case to a district judge by random selection. Withholding consent will not result in any adverse consequence.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

You must return the enclosed form by August 20, 2012 indicating your consent or your request for reassignment to a district judge. Please fax the completed form to Peter Voelker, 206−370−8425. OR by mail at Peter Voelker, U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101 . Or by e−mail to peter_voelker@wawd.uscourts.gov.

**Do not electronically file the form with the court.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAIMA INC.,

        Plaintiff(s),

  v.

MYRIAD FRANCE SAS,

        Defendant(s).

CASE NO. 2:12–cv–01166–JPD

CONSENT TO OR DECLINATION OF JURISDICTION OF A MAGISTRATE JUDGE

In accordance with the provisions of 28 USC Section 636(c), FRCP 73 and Local MJR 13, the party/parties to the above captioned matter hereby:

☐   voluntarily consents to have United States Magistrate Judge James P. Donohue conduct all further proceedings in this case, including trial and entry of judgment, with direct review by the Ninth Circuit Court of Appeals in the event an appeal is filed.

**OR**

☐   acknowledges the availability of a United States Magistrate Judge but declines to consent and requests the case be reassigned to a United States District Judge.

_____  _____  _____
Attorney/Party's Signature          Party Represented                 Date Signed

Please return this form by **August 20, 2012** to the attention of Peter Voelker, by FAX at 206–370–8425. OR by mail to CLERK, 700 Stewart Street, Suite 2310, Seattle, WA 98101. Or by e–mail to: peter_voelker@wawd.uscourts.gov.

**PLEASE NOTE:** This form must <u>not</u> be electronically filed with the court.