The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| Raima Inc., | No: 2:12-cv-01166-JLR |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| Myriad Francs SAS, | **NOTE ON MOTION CALENDAR:** August 31, 2012 |
| Defendant. | |

It is hereby stipulated and agreed, by and between the undersigned parties, through their respective counsel, that the time for Defendant Myriad France SAS, to respond to the Complaint, is extended to September 27, 2012. This is the first request for an extension of time.

//

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT
Case No. 2:12-cv-01166-JLR
Page 1

Oppenheimer Wolff & Donnelly LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Phone: 612-607-7000
Fax: 612-607-7100

| | |
|---|---|
| WOODCOCK WASHBURN LLP | OPPENHEIMER WOLFF & DONNELLY LLP |
| By: s/ David J. Wolfsohn | |
| David J. Wolfsohn (*Pro Hac Vice*) | By: s/ Samuel R. Hellfeld |
| Cira Centre, 12th Floor | Samuel R. Hellfeld (*Pro Hac Vice*) |
| 2929 Arch Street | Andrew P Holm (*Pro Hac Vice*) |
| Philadelphia, PA 19104 | 222 South Ninth Street, Suite 2000 |
| Telephone: (215) 564-2222 | Minneapolis, MN 55116 |
| Email: wolfsohn@woodcock.com | Phone: (612) 607-7000 |
| | Facsimile: (612) 607-7100 |
| | Email: shellfeld@oppenheimer.com |
| Michael J. Swope WSBA #31956 | aholm@oppenheimer.com |
| 999 Third Avenue | |
| Suite 3600 | |
| Seattle, WA 98104 | SIMBURG, KETTER, SHEPPARD & PURDY LLP |
| Telephone: (206) 332-1380 | Melvyn J. Simburg WSBA #4773 |
| Facsimile: (206) 624-7317 | 999 Third Avenue |
| Email: swope@woodcock.com | Suite 2525 |
| | Seattle, WA 98104 |
| Attorneys for Plaintiff Raima Inc. | Telephone: (206) 382-2600 |
| | Facsimile: (206) 223-3929 |
| | Email: msimburg@spsp.com |
| | |
| | Attorneys for Defendant Myriad Francs, SAS |

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT
Case No. 2:12-cv-01166-JLR
Page 2

Oppenheimer Wolff & Donnelly LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Phone: 612-607-7000
Fax: 612-607-7100

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

shellfeld@oppenheimer.com
aholm@oppenheimer.com
msimburg@spsp.com
wolfsohn@woodcock.com
swope@woodcock.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

DATED: August 31, 2012

OPPENHEIMER WOLFF & DONNELLY LLP

/s/ Jody A. Seeger
Jody A. Seeger
Legal Assistant to Samuel R. Hellfeld

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT
Case No. 2:12-cv-01166-JLR
Page 3

Oppenheimer Wolff & Donnelly LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Phone: 612-607-7000
Fax: 612-607-7100