The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| Raima Inc., | No: 2:12-cv-01166-JLR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| Myriad Francs SAS, | |
| Defendant. | |

This matter came before the undersigned via joint Stipulation signed by counsel for the above-named Plaintiff and Defendant seeking the following relief:

1. An extension of time until **September 27, 2012** for Defendant to respond to the Complaint.

**IT IS SO ORDERED.**

Dated this ___ day of August, 2012

_____

UNITED STATES DISTRICT JUDGE

1 | Presented by:

2 | s/Samuel Hellfeld
3 | Attorney for Defendant

4 | Approved for Entry; Notice of Presentation Waived:

5 | s/Michael J. Wolfsohn
6 | Attorney for Plaintiff

[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
Case No. 2:12-cv-01166-JLR
Page 2